IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

RICHARD W. SCHERER,

Defendant.

22-CR-64

**INFORMATION**
18 U.S.C. § 2252A(a)(5)(B)

**COUNT 1**
(Possession of Child Pornography)

**The United States Attorney Charges That:**

On or about June 28, 2021, in the Western District of New York, the defendant, RICHARD W. SCHERER, did knowingly possess material that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), which involved a prepubescent minor and a minor who had not attained 12 years of age; that had been shipped and transported using any means and facility of interstate and foreign commerce; that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and that had been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

**All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B).**

**FORFEITURE ALLEGATION**

**The United States Attorney Alleges That:**

As a result of the offense alleged in of this Information, the defendant, RICHARD W. SCHERER, shall forfeit to the United States any matter which contains any such visual

depiction of child pornography, which was produced, transported, mailed, shipped, or received and/or any and all property, real and personal, used or intended to be used to commit or to promote the commission of such offense, and all property traceable to such property, including but not limited to the following:

a.   One Samsung model SM-G986U cellular phone seized from the defendant on June 28, 2021.

**All pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3).**

DATED:  Buffalo, New York, May __17__, 2022.

TRINI E. ROSS
United States Attorney

BY:

AARON J. MANGO
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5882
aaron.mango@usdoj.gov

2