UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

22-CR-64 (JLS)

RICHARD W. SCHERER,

           Defendant.

---

### ORDER

On September 19, 2022, the Court issued an order granting the defendant's motion for a competency hearing and ordered that Defendant Richard Scherer is to undergo a mental health examination. Based on the party's subsequent communications to the Court, the examination is to be conducted by Dr. Melissa Heffler, M.D., which is the provider recommended by the defendant and not objected to by the government. The examination will be conducted at the Niagara County Jail with the cost to be paid by the defendant, which will be approximately $4,000. Accordingly, it is

**ORDERED**, that the parties are to appear before the Court on November 14, 2022, at 1:00 p.m., to provide an update to the Court regarding the status of the defendant's mental health examination.

DATED:    Buffalo, New York,
               October 24, 2022

                                              JOHN L. SINATRA, JR.
                                              UNITED STATES DISTRICT JUDGE