# HON. JOHN L. SINATRA, JR.
## Sentencing Timeline

USA v. **Richard Scherer**     Case # **22-cr-64**

**FAILURE TO ADHERE TO THESE DEADLINES WILL RESULT IN AN ADJOURNMENT OF SENTENCING**\*\*

| Presentence Report to Defendant, Defendant's Counsel & AUSA — 45 days prior | Due: June 6, 2023 |



| Statements with Respect to Sentencing Factors / Objections to Presentence Report / Sentencing Motions & Sentencing Memoranda — 31 days prior | Due: June 20, 2023 |



| Responses to Sentencing Motions / Responses to Sentencing Memoranda / Responses to Objections — 21 days prior | Due: June 30, 2023 |



| Presentence Report to Court — 14 days prior | Character Letters — 14 days prior | Due: July 7, 2023 |



| Motions to Adjourn — 10 days prior | Due: July 11, 2023 |



| Sentencing Date — at least 120 days after the plea or verdict | Date: July 21, 2023    Time: 2:00 PM |

\*\*Please note:  If this schedule is issued after an adjournment of sentencing, the PSR may have already been filed, in which case the PSR deadline is moot. **All other deadlines apply.** It is the parties' responsibility to contact Probation, if it is unclear whether a PSR will be updated following an adjournment of the sentencing date.