UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

                                                                                 NOTICE OF MOTION AND MOTION
vs.                                                                            22-CR-64

RICHARD SCHERER

                 Defendant.

**PLEASE TAKE NOTICE**, that the undersigned DOMINIC SARACENO, ESQ., attorney for the defendant, RICHARD SCHERER, based upon the following affirmation hereby moves to adjourn the July 21, 2023, sentencing date.

## AFFIRMATION

1. I am an attorney at law duly licensed to practice in the State of New York and in the Western District of New York with offices located at 534 Delaware Avenue, Buffalo, New York 14202.

2. This affirmation is offered in support of counsel's request for an adjournment of the above referenced sentencing date.

3. The defendant previously pled guilty and the Court scheduled a sentencing date of July 21, 2023.

4. The defendant has been evaluated by two doctors and both have generated lengthy reports/evaluations.

5. Defense counsel is requesting additional time to review said reports and incorporate the findings into a sentencing memorandum.

6. I anticipate this should take roughly 60 days.

7. Defense counsel is making this motion on behalf of Richard Scherer.

8. Assistant United States Attorney AARON MANGO has consented to adjourning the sentencing date.

9. The defendant agrees that the additional time allowed is excludable under the Speedy Trial Act.

**WHEREFORE**, for the reasons set forth above, defendant, RICHARD SCHERER, respectfully requests an Order from this Court granting a 60 nday adjournment of the July 21, 2023 sentencing date.

s/ Dominic Saraceno, Esq.

DOMINIC SARACENO, ESQ.
534 Delaware Avenue
Buffalo, New York 14202
(716) 626-7007 (t)
(800)-305-5836   (f)
saracenolaw@gmail.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

RICHARD SCHERER

        Defendant.

## CERTIFICATE OF SERVICE

22-CR-64

      I hereby certify that on July 6, 2023, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following EM/EF Participant on this case:

AARON MANGO, AUSA
138 Delaware Avenue
Buffalo, New York 14202

s/Dominic Saraceno

DOMINIC SARACENO