UNITED STATES DISRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

       vs.

RICHARD SCHERER
           DEFENDANT

_____

STATEMENT OF DEFENDANT WITH
RESPECT TO SENTENCING FACTORS
22 CR 64

       Dominic Saraceno, affirms under penalty of perjury that:

1.    I am a duly licensed attorney, admitted to practice in the Western District of New York.

2.    I represent the defendant, Richard Scherer, in the above-entitled action brought by the United States of America.

3.    I make this affirmation in accordance with the requirements of Section 6A1.2 of the Sentencing Guidelines, "Statement of Defendant with Respect to Sentencing Factors," as promulgated by the United States Sentencing Commission.

4.    In accordance with those rules, it is hereby stated on behalf of the defendant that I have reviewed the Presentence Report and have discussed the same with Richard Scherer. There are no statements, conclusions or other information contained in the report which the defendant disputes.

Dated: August 21, 2023

Respectfully Submitted,

s/ Dominic Saraceno
_____

DOMINIC SARACENO, ESQ.
534 Delaware Avenue
Buffalo, New York 14202
(716)626-7007 (T)
(800)305-5836 (F)
saracenolaw@gmail.com