UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

                                                  NOTICE OF MOTION AND MOTION

vs.                                                22-CR-64

RICHARD SCHERER

        Defendant.
_____

**PLEASE TAKE NOTICE**, that the undersigned DOMINIC SARACENO, ESQ., attorney for the defendant, RICHARD SCHERER, based upon the following affirmation, hereby moves the Court to grant permission to the defendant to have visitation with his grandson, Harrison Weinert.

## AFFIRMATION

1. I am an attorney at law duly licensed to practice in the State of New York and in the Western District of New York with offices located at 534 Delaware Avenue, Buffalo, New York 14202.

2. This affirmation is offered in support of counsel's request for the Court to grant permission to the defendant to have visitation with his grandson.

3. The defendant previously pled guilty and was sentenced to time served plus 12 years supervised release.

4. One of the conditions of supervised release is that he does not have contact with minors without first obtaining permission from probation.

5. Probation has refused to grant Mr. Scherer permission to see his grandson.

6. The child's parents (Brenton Weinert and Hilary Scherer) are supportive of this request (see attached).

7. Defense counsel is making this motion on behalf of Richard Scherer.

**WHEREFORE**, for the reasons set forth above, defendant, RICHARD SCHERER, respectfully requests an Order from this Court granting permission to visit with his grandson, Harrison Weinert.

                    s/ Dominic Saraceno, Esq.

                    DOMINIC SARACENO, ESQ.
                    534 Delaware Avenue
                    Buffalo, New York 14202
                    (716) 626-7007 (t)
                    (800)-305-5836   (f)
                    saracenolaw@gmail.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

RICHARD SCHERER

       Defendant.

## CERTIFICATE OF SERVICE

22-CR-64

      I hereby certify that on December 15, 2023, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following EM/EF Participant on this case:

          AARON MANGO, AUSA
          138 Delaware Avenue
          Buffalo, New York 14202

          s/Dominic Saraceno

          DOMINIC SARACENO