November 9, 2023

Re: Richard Scherer visitation with grandson

To Whom It May Concern:
We, as the parents of Harrison Weinert, support the request for Richard Scherer to be able to see his grandson, Harrison Weinert. We do not have any concerns about Richard Scherer being able to have visitation with his grandson, our son, Harrison Weinert.

Thank you,

Brenton Weinert and Hilary Scherer
3402 California Ave
Pittsburgh, PA 15212